Richard H. Rosenberg
Attorney at Law
250 West 57th Street
Suite 1931
New York, New York 10107
Tel: 212-586-3838
Fax: 212-974-3225

September 26, 2007

Magistrate Judge Gabriel W. Gorenstein
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

**Re: United States v. Corey Robertson**
**07 M 1291**

Dear Magistrate Judge Gorenstein:

 On September 12, 2007 I appeared before you in my capacity as CJA attorney for defendant Corey Robertson in the above-referenced matter for a detention hearing. After proposal by the defense and oral argument the court set conditions of release that included a $350,000.00 personal recognizance bond co-signed by three financially responsible individuals. These included Mr. Robertson's mother and step- father who reside in Maryland. Further, the court required that the parents' signature be secured by their home, located in Hyattsville, Maryland which had an equity balance of approximately $200,000.00. The court also made home detention, at the parents' home in Maryland, a condition of release.

 I am pleased to report that all three suretors have been interviewed and approved by the U.S. Attorney's Office. There remains one major snag however that prevents this bail package's finalization and the release of Mr. Robertson. The problem lies in effecting the property as security for the bond.. I did prepare the usual confession of judgment, sent it to the parents in Maryland for filing, but that instrument was not acceptable by the state court county clerk (Prince George's County). I have sought guidance from the federal district court in Maryland, our own "home"

Magistrate's court, the U.S. Attorney's office and several of my colleagues in the defense bar. Apparently, this problem is not unusual when dealing with out of state property but no one could offer any specific remedy.

It seems to me that mechanisms must exist in Maryland for the securing of appearance bonds with real property in Maryland in federal court bail matters. I believe the most efficient way of addressing this situation is for the court to authorize the assignment of a CJA attorney from the District of Maryland panel for the limited purpose of coordinating and assisting in this piece of the bail package. Accordingly, I most respectfully request that the court so authorize the appointment of a CJA panel member from the District of Maryland to assist me in finalizing this bail package. If agreeable to the court I would further respectfully request that this letter be treated as a formal application for such and "so ordered".

Thank you for your consideration to this important and frustrating matter.

Very sincerely,


Richard H. Rosenberg
RR0846

cc.: AUSA Parvin Moyne